**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-6263**

---

JAMES F. BOYD,

Plaintiff - Appellant,

versus

DAVID STONE; MARY C. HAMMOND, MD,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of South Carolina, at Greenville. Patrick Michael Duffy, District Judge. (CA-98-3734-23-6-AK)

---

Submitted: May 25, 2000              Decided: June 5, 2000

---

Before WILLIAMS, MICHAEL, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

James F. Boyd, Appellant Pro Se. Russell W. Harter, Jr., CHAPMAN, HARTER & GROVES, P.A., Greenville, South Carolina; Ronald H. Colvin, COLVIN & FOSTER, Spartanburg, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James F. Boyd appeals the district court's order dismissing his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Boyd v. Stone</u>, No. CA-98-3734-23-6-AK (D.S.C. Feb. 8, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2